**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals Corporation*



'08 CIV 6009

JUL 01 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ALTAIRE PHARMACEUTICALS, INC.<br><br>Defendant. | Civil Action No. _____<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), through its counsel White & Case LLP, hereby states that Novartis is a wholly-owned subsidiary of Novartis International AG, which is a publicly held company.

Dated: July 1, 2008
      New York, New York

           Respectfully submitted,

           **WHITE & CASE LLP**
           1155 Avenue of the Americas
           New York, New York 10036
           Tel. (212) 819-8200
           Facsimile (212) 354-8113

           By: _____
           Jeffrey J. Oelke (JO 2534)
           James S. Trainor, Jr. (JT 2520)
           Amit H. Thakore (AT 8098)

           *Attorneys for Plaintiff Novartis*
           *Pharmaceuticals Corporation*