# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 08 CIV 6009                                   Date Filed: _____

Plaintiff:
**NOVARTIS PHARMACEUTICALS CORPORATION**

vs.

Defendant:
**ALTAIRE PHARMACEUTICALS, INC.**

For:
WHITE & CASE LLP
1155 Avenue Of The Americas
Newyork, NY

Received by ESSENTIAL SERVICES GROUP to be served on **ALTAIRE PHARMACEUTICALS, INC., 311 WEST LANE, AQUEBOGUE, NY 11931**.

I, Joseph Hirsch Sr., being duly sworn, depose and say that on the **21st day of August, 2008** at **1:05 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **MICHAEL SAWAYA**, as **GENERAL COUNSEL** for **ALTAIRE PHARMACEUTICALS, INC.**, at the address of: **311 WEST LANE, AQUEBOGUE, NY 11931**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 40,  Sex: M,  Race/Skin Color: White,  Height: 5'6",  Weight: 200,  Hair: Brown,  Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Joseph Hirsch Sr.
Process Server

Subscribed and Sworn to before me on the 21st day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**ESSENTIAL SERVICES GROUP**
555 8th Avenue,
Suite 1901
New York, NY  10018
(212) 760-2300
Our Job Serial Number: 2008003846

Notary ... New York
Quali... County
Commission ... Feb 14, 2010

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t

666/ps 8-100